**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WALTER J. SIMS                                                                                                 PETITIONER
ADC #134577

v.                                      NO. 5:12CV00043 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Walter J. Sims's 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED, with prejudice.

IT IS SO ORDERED this 13th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE